358 A.2d 70
Commonwealth v. Henning, Appellant.

Argued April 20, 1976.   Stanley W. Greenfield, with him Greenfield & Minsky, for appellant; Robert L. Campbell, Assistant District Attorney, with him Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., absent.

358 A.2d 81
Commonwealth v. Hess, Appellant.

Argued April 14, 1976.   R. Forr, with him Donald E. Speice, Assistant Public Defender, for appellant; Amos C. Davis, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.